■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RONNIE BASS, Appellant. [821 NYS2d 545]—Appeal by the defendant, as limited by his motion, from a sentence of the County Court, Suffolk County (Braslow, J.), imposed May 24, 2005, on the ground that the sentence is excessive.

Ordered that the sentence is affirmed. No opinion. Florio, J.P., Santucci, Skelos and Dillon, JJ., concur.